**Norma MANARES, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,
Respondent.**

No. 05–3216.

United States Court of Appeals,
Federal Circuit.

Oct. 5, 2005.

Norma Manares, pro se.

*ORDER*

Norma Manares has complied with the court's order of August 29, 2005.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The order of dismissal and the mandate be, and the same hereby are, vacated and recalled, and the notice of appeal is reinstated.

(2) Appellee should compute the due date for filing its brief from the date of filing of this order.

**Harold E. HUGHES, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY,
Respondent.**

No. 05–3324.

United States Court of Appeals,
Federal Circuit.

Oct. 6, 2005.

Harold E. Hughes, pro se.

ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent's brief is due within 21 days from the date of filing of this order.